### DANIEL *v.* THE STATE.

COBB, J.   The charges complained of were not erroneous.   The evidence authorized the verdict, and there was no error in overruling the motion for a new trial.        *Judgment affirmed.   All the Justices concurring.*

Submitted June 5,— Decided July 20, 1899.

Indictment for assault with intent to murder.   Before Judge Russell.   Gwinnett superior court.   March term, 1899.

*Brown & Cooper*, for plaintiff in error.
*C. H. Brand, solicitor-general*, contra.

---

### EASON *v.* VANDIVER.

FISH, J.   This case is governed by the rulings made in *Eason* v. *Vandiver*, ante, 109, the facts in the two cases being the same.
                    *Judgment reversed.   All the Justices concurring.*

Submitted May 10, —Decided July 20, 1899.

Certiorari.   Before Judge Sheffield.   Early superior court. October term, 1898.

*R. H. Sheffield*, for plaintiff in error.
*R. H. Powell & Son*, contra.